*Alo*

ACTION ORDER                                                                    2023DC000107-0

| STATE OF ILLINOIS | UNITED STATES OF AMERICA | COUNTY OF DU PAGE |
|---|---|---|

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

IN RE: THE MARRIAGE OF
KERI FRIEDMAN

                      Plaintiff

        AND

JOSHUA FRIEDMAN

                      Defendant

2023DC000107
CASE NUMBER

**\*FILED\***
SEP 09, 2025 11:39 AM

*Candice Adams*

CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

## ACTION ORDER

This matter having come before the Court, the Court having jurisdiction and being fully advised in the premises:

**IT IS HEREBY ORDERED** as follows:

The case is continued to 09/30/2025 in 3003 at 09:30 AM for HEARING.
Description: Preliminary injunction
The case is continued to 10/22/2025 in 3006 at 09:25 AM for STATUS.
Description: setting hearing on Petition for Rule, status on 60410b and status on settlement

    The Clerk of the Court is ordered to strike the future date(s) of 09/17/2025 3006 9:25 AM.

CERTIFICATION
I, Candice Adams, Clerk of the 18th Judicial Circuit Court, DuPage County, Illinois, do hereby certify the above correct copy as it appears from the records and files in my office. IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of the said Court.

DATE 09/10/2025    *Candice Adams*

CANDICE ADAMS, Clerk
By HE.ME
Deputy Clerk

This matter coming to be heard on Petitioner's Emergency Petition for TRO, petitioner appearing through counsel and in open court; Respondent appearing through counsel (via Zoom by agreement) and by Zoom:

THE COURT HEREBY FINDS:

A) This matter is an emergency.

B) The Court has reviewed the TRO and allegations contained therein. Findings are as detailed herein and on the record.

C) Petitioner has established irreparable harm based on the pleading, she has no other adequate remedy at law, she has established a likelihood of success on the merits, and the Court finds that entry of a TRO would cause no harm to Respondent.

IT IS HEREBY ORDERED:

1) The Petitioner's Petition for TRO is granted. The Respondent, JOSHUA FRIEDMAN, togehter with his attorneys, agents, assigns, employess and all other persons in participation, are hereby enjoined and restrained from contacting Wheaton College in any manner and for any purpose.

2) The bond requirement is hereby waived.

3) The Petitioner's Petition for preliminary injunction is set for hearing on September 30, 2025 at 9:30 a.m. before Judge Cerne, in person in Room 3003.

4) The previously scheduled status date before Judge McClusky of September 17, 2025 at 9:25 a.m. is hereby stricken, as Judge McCluskey is unavailable. This matter is scheduled for status on October 22, 2025 at 9:25 a.m. before Judge McClusky in Room 3006.

Request received on 9/10/25, 12:31 PM  Document supplied on 09/10/2025 13:47:46 # 4775588/170431476036

EXHIBIT 07

ACTION ORDER                                                                              2023DC000107-0

5) By agreement, attorney REBECCA DAY's Motion to Withdraw is set for presentment today.  REBECCA DAY's Motion to Withdraw is granted by separate Order entered contemporaneously herewith.

6) By agreement, Petitioner's Petition for Indirect Civil Contempt is set for presentment today.  Respondent is granted 28 days to file his response thereto.  Said matter is entered and continued for status to October 22, 2025 at 9:25 am at which time the matter shall be set for hearing.

7) Rebecca Day is granted 14 days to file her Petition for Fees.  Said matter shall be set for hearing on October 22, 2025 at 9:25 a.m.

Submitted by: ASHLEY FONTANA
Attorney Firm: FONTANA FAMILY LAW P.C.
DuPage Attorney Number: 320377          ☐   PRO SE
Attorney for: PETITIONER
150 N MICHIGAN AVENUE, SUITE 2130
CHICAGO, IL, 60601
312-738-4900
Email: ashley@fontanafamlaw.com

JUDGE NEAL W CERNE

Date: 09/09/2025