## Joshua Friedman & Hannah Friedman Lawsuits

**Joshua Friedman vs Sallie Mae, Inc (02/2013)**
*Cherokee County, Case # 13MC0844*
Filed same day as his and Melanie's HSBC claim for $15000, citing TCPA
Magistrate Court Statement of Claim, asking $15,000
Cited TCPA violations, that consent was never given for calls

**SCGVIII-Riverstone LLC vs Affinity Claim Consultants and Joshua Friedman (01/07/2020)**
*Cherokee County, Case # 20SCE0045*
Affinity/Josh did not make Lease payments- owed $6295
Bankruptcy covered this debt later on

**RJ's Reliable Construction, INC vs Friedman and Associates Risk Solutions, et al. (9/2025)**
*Cherokee County, Case # 25CVE1819, Contract Dispute*
Suing Company and Josh
Owes for work done on 10 client homes, totalling over $113,988 *page 4-5 of document

**CMB Restoration Services vs Friedman and Associates Risk Solutions Inc, et al. (5/2025)**
*Fayette County, Case #2025V-0494 (PeachCourt website)*

**Affinity Roofing, LLC et al vs Allstate Vehicle and Property Insurance company,**
*Georgia northern district, case number 1:19-cv-03981-AT, 9/05/2019-02/09/2021*

**Affinity Roofing, LLC vs Amica Mutual Insurance Company , US district Coiry,**
*Northern district of Ga, case number 1:19-cv-00155-WMR, 01/09/2019-01/07/2020*

**Friedman et al vs State Farm**
Federal, filed 8/2025; terminated 12/2025

## Joshua Friedman and Melanie Hicks (formerly Friedman)

**Melanie and Joshua Friedman vs HSBC Finance Corporation (02/2013)**
*Cherokee County, Case # 13MC0708*
Statement of Claim in Magistrate court, asking for $15,000.
Received 10 automated phone calls from them, Cited TCPA, that they had no right to call him without express permission

**Joshua Friedman vs Melanie Friedman (02/2016)**
*Cherokee County, Case #16CV0303*
Divorce
Affidavit of Trena Massgenill (4/8/2016)- citing Josh terrorizing Melanie in their bathroom, as known to her by phone calls with Melanie during the event
ABC Waste of Savannah vs Joshua Friedman (08/2017)

**Friedman Construction Debt Case**
*Cherokee County, Case # 17MCE3690*
Magistrate Court claim for unpaid debt for Friedman Construction- $7,018
Claims Josh had accumulated $10,000 in debt, then closed Friedman Construction abruptly but agreed to pay his debts to them
Melanie Friedman vs Joshua Friedman (9/10/2020-12/18/2023)

**Contempt Filing by Melanie**
*Cherokee County, Case # 20CVE1483*
Contempt filing by Melanie, as Josh became behind on Child Support (we know this number went much higher, but was $3300 behind at this point)
Owed $25,000 in child support as of 12/2023
Josh ordered to pay

**Ongoing litigation with Melanie (Wife 1) since 2017**
**Ongoing litigation with Keri (Wife 2) since 2023**

## Hannah Friedman (formerly Long) Suits

**Hannah Long vs State Farm**
Cherokee County, Case # 25CVE1416, 07/2024 (dismissed)
Cherokee County, Case # 24CVE1874, 9/2024, Under continuance
Cherokee County, Case # 25CVE0054, 1/2025 (dismissed)
Federal Court, filed 2/2025; dismissed 2/2026
5 total state farm cases

**American Express National Bank vs Hannah Long**
Cherokee County, Case # 25SCE0456, 3/5/2025 (open)
Has defaulted for $12,771

**Synchrony Bank vs Hannah Long**
Cherokee County, Case # 25SCE0816, 04/2025 (open)
Default for $5754

## Joshua Friedman Bankruptcy

**GA Northern Bankruptcy, Joshua Charles Friedman and Keri Kerns Friedman,**
US Bankruptcy Courts,  case number 1:22-bk-50092, 1/04/2022 (chapter 7)

EXHIBIT 08

| Case # | Style | Status | Disp. Date | Disp. Stage | Disp. Code | Case | Dates | Proceedings | Parties |
|---|---|---|---|---|---|---|---|---|---|
| 13MC0708 | MELANIE AND JOSHUA FRIEDMAN VS. HSBC FINANCE CORPORATION | CL | 8/1/2018 | NT | DISMIS | Case | Dates | Proceedings | Parties |
| 13MC0844 | JOSHUA FRIEDMAN VS. SALLIE MAE, INC. | CL | 8/1/2018 | NT | DISMIS | Case | Dates | Proceedings | Parties |
| 13MC5740 | JOSHUA FRIEDMAN VS TAMMY WILLIS | CL | 11/22/2013 | NT | DISMIS | Case | Dates | Proceedings | Parties |
| 16CV0303 | JOSHUA CHARLES FRIEDMAN V MELANIE BETH FRIEDMAN | CL | 4/12/2017 | NT | BENTR | Case | Dates | Proceedings | Parties |
| 16CV0671 | JOSHUA CHARLES FRIEDMAN V MELANIE BETH FRIEDMAN | CL | 4/19/2016 | BT | DISWOP | Case | Dates | Proceedings | Parties |
| 17CV1208 | MELANIE BETH FRIEDMAN V JOSHUA CHARLES FRIEDMAN | CL | 12/1/2022 | BT | DISWOP | Case | Dates | Proceedings | Parties |
| 17MCE3690 | ABC WASTE OF SAVANNAH INC VS JOSHUA FRIEDMAN | CL | 10/3/2022 | NT | DISMIS | Case | Dates | Proceedings | Parties |
| 18CVE0867 | JOSHUA CHARLES FRIEDMAN V MELANIE BETH FRIEDMAN | CL | 12/18/2023 | BT | SETTLE | Case | Dates | Proceedings | Parties |
| 20CVE1483 | MELANIE BETH FRIEDMAN V JOSHUA CHARLES FRIEDMAN | CL | 12/18/2023 | BT | SETTLE | Case | Dates | Proceedings | Parties |
| 20SCE0045 | SCGVIII-RIVERSTONE LLC VS AFFINITY CLAIM CONSULTANTS LLC AND JOSHUA FRIEDMAN ET AL | CL | 3/25/2025 | NT | DISWOP | Case | Dates | Proceedings | Parties |
| 23CVE0340 | JOSHUA FRIEDMAN V KERI FRIEDMAN | CL | 2/28/2023 | NT | DISWOP | Case | Dates | Proceedings | Parties |
| 23CVE1680 | JOSHUA FRIEDMAN V MELANIE FRIEDMAN | CL | 12/20/2023 | NT | DISWP | Case | Dates | Proceedings | Parties |
| 24CVE0811 | HANNAH LONG V JARROD LONG | AP | | | | Case | Dates | Proceedings | Parties |
| 24CVE0963 | JOSHUA FRIEDMAN V JARROD LONG | CL | 6/13/2024 | NT | DISMIS | Case | Dates | Proceedings | Parties |
| 24CVE1513 | JARROD ALLEN LONG V JOSHUA CHARLES FRIEDMAN | CL | 9/2/2024 | NT | DISMIS | Case | Dates | Proceedings | Parties |
| 25CVE1519 | HANNAH LONG FRIEDMAN ET AL V STATE FARM FIRE AND CASUALTY COMPANY | OP | | | | Case | Dates | Proceedings | Parties |
| 25CVE1819 | RJS RELIABLE CONSTRUCTION LLC V FRIEDMAN & ASSOCIATES RISK SOLUTIONS INC ET AL | OP | | | | Case | Dates | Proceedings | Parties |
| 25CVE1819 | RJS RELIABLE CONSTRUCTION LLC V FRIEDMAN & ASSOCIATES RISK SOLUTIONS INC ET AL | OP | | | | Case | Dates | Proceedings | Parties |
| 26CVE0068 | JOSHUA FRIEDMAN V MELANIE HICKS | OP | | | | Case | Dates | Proceedings | Parties |

| Case # | Style | Status | Disp. Date | Disp. Stage | Disp. Code | Case | Dates | Proceedings | Parties |
|---|---|---|---|---|---|---|---|---|---|
| 22CVE1619 | HANNAH LONG V JARROD LONG | CL | 10/20/2023 | NT | SETTLE | Case | Dates | Proceedings | Parties |
| 24CVE0811 | HANNAH LONG V JARROD LONG | AP | | | | Case | Dates | Proceedings | Parties |
| 24CVE0961 | HANNAH LONG V JARROD LONG | CL | 6/13/2024 | NT | DISMIS | Case | Dates | Proceedings | Parties |
| 24CVE1416 | HANNAH LONG V STATE FARM FIRE AND CASUALTY COMPANY | CL | 1/16/2025 | NT | DISWOP | Case | Dates | Proceedings | Parties |
| 24CVE1523 | HANNAH LONG V JARROD LONG | OP | | | | Case | Dates | Proceedings | Parties |
| 24CVE1874 | HANNAH LONG V STATE FARM FIRE AND CASUALTY COMPANY | OP | | | | Case | Dates | Proceedings | Parties |
| 25CVE0054 | HANNAH LONG V STATE FARM FIRE AND CASUALTY COMPANY | CL | 2/24/2026 | NT | DISMIS | Case | Dates | Proceedings | Parties |
| 25SCE0456 | AMERICAN EXPRESS NATIONAL BANK VS HANNAH LONG | OP | | | | Case | Dates | Proceedings | Parties |
| 25SCE0816 | SYNCHRONY BANK VS HANNAH E LONG | OP | | | | Case | Dates | Proceedings | Parties |

| Case # | Style | Status | Disp. Date | Disp. Stage | Disp. Code | Case | Dates | Proceedings | Parties |
|---|---|---|---|---|---|---|---|---|---|
| 25CVE1519 | HANNAH LONG FRIEDMAN ET AL V STATE FARM FIRE AND CASUALTY COMPANY | OP | | | | Case | Dates | Proceedings | Parties |